Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARYAD ALI,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DAVID ROARK, ET AL.,<br><br>　　　Defendants. | No.   Civ.S- 09-01762-JAM-EFB<br><br>ORDER RE: EXTENSION OF TIME |

Pursuant to the Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the parties to submit their joint status report is extended to 21 days after the court's rules on the pending motion to dismiss.

IT IS SO ORDERED.

Dated: August 28, 2009              /s/ John A. Mendez
                                    UNITED STATES DISTRICT JUDGE

[Proposed] Order Re: Extension of Time
C 09-01762-JAM-EFB