Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARYAD ALI,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID ROARK, ET AL.,<br><br>    Defendants. | No.   C 09-01762-JAM-EFB<br><br>JOINT STIPULATION TO DISMISS; ORDER |

    Plaintiff, by and through his attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action pursuant to Federal Rule of Civil Procedure 41.  In light of the fact that Plaintiff's FBI checks have been completed, and any delay of the adjudication is attributable to a pending discretionary determination, at this time, Plaintiff has elected to await adjudication of his application for adjustment of status.

    Each of the parties shall bear their own costs and fees.

Dated:          November 3, 2009          Respectfully submitted,

/s/ Robert B. Jobe
_____
Robert B. Jobe
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
(415) 956-5513
(415) 840-0308

Attorney for Plaintiff

Joint Stipulation to Dismiss; [Proposed] Order
C 09-01762-JAM-EFB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: November 3, 2009

LAWRENCE G. BROWN
Acting United States Attorney

AUDREY B. HEMESATH
Assistant U.S. Attorney

Respectfully submitted,

TONY WEST
Assistant Attorney General

ELIZABETH J. STEVENS
Assistant Director

/s/ Christopher W. Dempsey
_____
CHRISTOPHER W. DEMPSEY
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Div.
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

Attorneys for Defendants

Joint Stipulation to Dismiss; [Proposed] Order
C 09-01762-JAM-EFB

2

**ORDER**

Pursuant to this stipulation, IT IS SO ORDERED.

Dated: November 3, 2009                          /s/ John A. Mendez
                                                 UNITED STATES DISTRICT JUDGE

Joint Stipulation to Dismiss; [Proposed] Order
C 09-01762-JAM-EFB                    3